UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN C. HARMON,

    Plaintiff,

v.                                                                   CASE NO.: 8:05-mc-56-T-24MAP

THOMAS WOOD, and
INNOMED TECHNOLOGIES, INC.,

    Defendant.

_____/

**ORDER**

    This cause came on for consideration upon Defendant Innomed Technologies' Motion to Quash Records Subpoena Directed to Non-Party Raymond James (doc. 1) and Plaintiff's response thereto (doc. 3). Fed.R.Civ.P.45(c)(3)(A) states that a court can quash a subpoena "on timely motion." Neither the rules nor the advisory committee notes define "timely." However, courts have determined "timely" to be "within the time set in the subpoena for compliance." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am.*, 238 F. Supp. 2d 270, 278 (D.D.C. 2002); *see also Innomed Labs, LLC v. Alza Corp.*, 211 F.R.D. 237, 240 (S.D.N.Y. 2002) ("it is reasonable to assume that the motion to quash should be brought before the noticed date of the scheduled deposition") *and* Steven Baicker-McKee & William M. Janssen & John B. Corr, Federal Civil Rules Handbook 2005 p. 785 (2005) (a motion to quash "should certainly be filed before the subpoena's return date.") In this case, the subpoena return date was April 14, 2005, but Defendant's Motion was not filed until June 6, 2005 - almost two months after the documents were to be produced. As such, Defendant's Motion is untimely. *See In re Motorsports Merchandise Antitrust Litigation*, 186 F.R.D. 344, 350

(motion to quash untimely when filed 36 days after the corporate representatives knew of the subpoena and two months after it was due).  Accordingly, it is hereby

ORDERED:

1. Defendant Innomed Technologies' Motion to Quash Records Subpoena Directed to Non-Party Raymond James (doc. 1) is DENIED.  The clerk is directed to terminate all pending motions and close the case.

DONE AND ORDERED in chambers at Tampa, Florida on this 12th day of July, 2005.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

Copies to:  Counsel of Record